Case 3:23-cv-00358   Document 20   Filed 12/05/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| A.P. b/n/f E.P. and D.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-358 |
| | § | |
| PEARLAND INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

Pursuant to the court's memorandum opinion, Dkt. 19, entered in this case granting the defendant's motion for summary judgment, Dkt. 15, and denying the plaintiff's cross-motion for summary judgment, Dkt. 13, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 5th day of December, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE